DNJ-CR-023 Order Regarding Use of Video/Teleconferencing for Felony Proceedings (Rev. 10/2021)

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA     *
                                   *

v.                              *       CRIM. NO.    21-70
                                     *

RONDRE KELLY              *
                                   *
                              *****

# <u>ORDER REGARDING USE OF VIDEO CONFERENCING/TELECONFERENCING</u>

In accordance with the operative COVID-19 standing orders, this Court finds:

_____ That the Defendant (or the Juvenile) has consented to the use of video

teleconferencing/teleconferencing to conduct the proceeding(s) held today, after consultation

with counsel; and

_____ That the proceeding(s) to be held today cannot be further delayed without serious harm

to the interests of justice, for the following specific reasons:




Accordingly, the proceeding(s) held on this date may be conducted by:

_____ Video Teleconferencing

_____ Teleconferencing, because video teleconferencing is not reasonably available for the

following reason:

        _____ The Defendant (or the Juvenile) is detained at a facility lacking video

teleconferencing capability.

        _____ Other:




Date:                                            _____

                                                     United States District Judge